# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )
                                          )
             Plaintiff,                   )   Case No.  2:13-cr-00381-APG-CWH
                                          )
vs.                                       )   **ORDER**
                                          )
KEVIN STUBBS, et al.,                     )
                                          )
             Defendants.                  )
_____ )

This matter is before the Court on Defendant Corey Stubbs' Motion and Notice for Timely Disclosure of Prior Statements made by Government Witnesses (#62), filed February 25, 2014. The Government filed its response on February 28, 2014, indicating its non-objection and its intention to comply fully with the request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Corey Stubbs' Motion and Notice for Timely Disclosure of Prior Statements made by Government Witnesses (#62) **granted**.

DATED: March 3, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**